IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00211-GPG

JACK H. KRAFT,

      Plaintiff,

v.

[NO DEFENDANTS NAMED],

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Jack H. Kraft, is a prisoner in the custody of the Colorado Department of Corrections.  Mr. Kraft initiated this action by filing *pro se* a letter (ECF No. 1) complaining about the conditions of his confinement.  This civil action was commenced and, on February 2, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Kraft to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher directed Mr. Kraft to file a Prisoner Complaint and either to pay filing and administrative fees totaling $400.00 or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement and an authorization to calculate and disburse filing fee payments.  Mr. Kraft was warned that the action would be dismissed without further notice if he failed to cure these deficiencies within thirty days.

      On March 3, 2015, apparently in response to the order directing him to cure

deficiencies, Mr. Kraft filed a document (ECF No. 4) alleging that prison officials have violated his Eighth Amendment rights.  On March 4, 2015, Magistrate Judge Gallagher entered a minute order (ECF No. 5) instructing Mr. Kraft that he must cure the deficiencies identified in the February 2 order if he wishes to pursue his Eighth Amendment claim and he reiterated what those deficiencies are.  Magistrate Judge Gallagher also directed the clerk of the Court to mail blank copies of the forms necessary to cure the deficiencies to Mr. Kraft and those forms were mailed to him.  On March 18, 2015, Mr. Kraft filed in this action a one-page document with no text that is titled "Violated the United States Constitution Number Eight" (ECF No. 7).

Mr. Kraft has not filed a Prisoner Complaint and he has failed either to pay the required filing and administrative fees or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies within the time allowed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Kraft failed to cure the deficiencies

as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied without prejudice to the filing of a motion seeking leave to proceed *in forma*

*pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __8th__ day of ___April_____, 2015.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court